**DENIED and Opinion Filed November 22, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-01380-CV

## IN RE ANGELIA SMITH AND KELVIN SMITH, Relators

**Original Proceeding from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-05552-D**

# MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Garcia

Before the Court is relators' November 22, 2024 petition for emergency writ of mandamus seeking to vacate a writ of possession.

Relators' petition does not comply with the Texas Rules of Appellate Procedure and thus does not meet the requirements for consideration of mandamus relief. *See, e.g.*, TEX. R. APP. P. 52.1, 52.3(a)–(h), 52.3(j), 52.3(k)(1)(A), 52.7(a).

Additionally, even if relators' record contained properly certified or sworn documents as required by the rules, entitlement to mandamus relief requires a relator to show that the trial court clearly abused its discretion and that the relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–

36 (Tex. 2004) (orig. proceeding). After reviewing relators' petition and the record before us, we conclude that relators have failed to demonstrate entitlement to mandamus relief.

Accordingly, for each of the above independent and alternative reasons, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).


/Dennise Garcia
DENNISE GARCIA
241380F.P05                           JUSTICE